**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| COMPREHENSIVE COMMUNITY | ) | CASE NO.  11-82152 |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Debtor. | ) | Judge Thomas Lynch |

### NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing in said cause will be held in Room 3100, U.S. Courthouse, 327 South Church Street, Rockford, Illinois 61101, on the **20th day of February, 2013, at 10:30 a.m.** or as soon thereafter as said cause may be heard, before His Honor, Judge Manuel Barbosa, or in his absence, before any other Judge that may be presiding in said Court Room, or before the emergency Judge for the Northern District, to consider and act upon one or more of the following matters:

### MOTION FOR ENTRY OF FINAL DECREE

**A copy of which is attached hereto.**  At which time and place you may appear, if you so desire.


Dated:  January 30, 2013

                              **COMPREHENSIVE COMMUNITY
SOLUTIONS, INC., DEBTOR
BY: HAMPILOS & LANGLEY, LTD.**


                              By:     */s/ George P. Hampilos*


George P. Hampilos – 6210622
**HAMPILOS & LANGLEY, LTD.**
308 West State Street, Suite 210
Rockford, IL   61101
Telephone:  815/962-0044

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| COMPREHENSIVE COMMUNITY SOLUTIONS, INC., | ) ) | CASE NO. 11-82152 |
| | ) | |
| Debtor. | ) | Judge Thomas Lynch |

### MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Debtor, COMPREHENSIVE COMMUNITY SOLUTIONS, INC., by and through its attorneys, HAMPILOS & LANGLEY, LTD., and in support of its Motion for Entry of Final Decree, states as follows:

1. The Debtor's Chapter 11 Plan was confirmed by Order entered on May 10, 2012.

2. There has been substantial consummation of the Plan confirmed by the Court.

3. The Debtor has assumed the management of its property, and has commenced distribution under the Plan.

4. All administrative costs have been paid, and it is not anticipated that there will be any further application for administrative expenses, other than the Third Fee Application filed contemporaneously with this Motion by counsel for the Debtor.

5. All pending motions, contested matter, fee applications, and adversary proceedings have been resolved.

6. Since confirmation of the Debtor's Plan, substantial payments or full settlements of general unsecured claims have been made by the Debtor, and the Debtor has paid off or substantially reduced several secured claims.

WHEREFORE, the Debtor, COMPREHENSIVE COMMUNITY SOLUTIONS, INC., respectfully requests this Court grant its Motion for Final Decree by entering a Final Decree in this case.

Dated: January 30, 2013

**COMPREHENSIVE COMMUNITY
SOLUTIONS, INC., DEBTOR
BY: HAMPILOS & LANGLEY, LTD.**

By:    */s/ George P. Hampilos*

George P. Hampilos (ARDC #6210622)
HAMPILOS & LANGLEY, LTD.
308 West State Street, Suite 210
Rockford, Illinois 61101
Telephone: 815/962-0044
Facsimile: 815/962-6250
georgehamp@aol.com

Attorneys for the Debtor-in-Possession

**PROOF OF SERVICE**

The undersigned, being first duly sworn, states that a copy of the foregoing **NOTICE** was served upon the persons listed below by ECF and/or first class mail, postage prepaid, on the 30th day of January, 2013, at or before the hour of 5:00 p.m.

SEE ATTACHED SERVICE LIST

/s/ George P. Hampilos

**George P. Hampilos**
**HAMPILOS & LANGLEY, LTD.**
308 West State Street, #210
Rockford, IL   61101
Telephone:  815/962-0044